IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS COURTNEY CLICK,

    Plaintiff,

v.                                                                                                   CIV No. 21-0266 KBM

ANDREW SAUL,
Commissioner of Social Security Administration,

    Defendant.

## **ORDER TO SHOW CAUSE**

THIS MATTER is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. 1915 (*Doc. 2*), filed March 25, 2021.

The Court may authorize the commencement of any suit without prepayment of fees by a person if he: (1) submits an affidavit that includes a statement of all assets he possesses and (2) is unable to pay such fees. 28 U.S.C. § 1915(a). In determining whether a movant is unable to pay within the meaning of Section 1915, the Tenth Circuit has indicated that "[o]ne need not be absolutely destitute to proceed IFP." *Lewis v. Ctr. Mkt.*, 378 F. App'x 780, 785 (10th Cir. 2010) (unpublished). Nevertheless, a motion to proceed IFP may properly be denied if the movant *can* pay the required fees and still support and provide necessities for himself and any dependents. *Id.*

In his affidavit, Plaintiff states that: (i) his monthly income is $4,500; and (ii) his monthly household expenses are approximately $4,000. *See Doc. 2*. Thus, it appears that Plaintiff may be able to pay the $400.00 filing fee for instituting a new case, because

his monthly income and cash exceed his monthly expenses. *See Brewer v. City of Overland Park Police Dep't*, 24 F. App'x 977, 979 (10th Cir. 2002) (litigant whose monthly income exceeded his monthly expenses by a few hundred dollars appeared to have sufficient income to pay filing fees and thus was not entitled to IFP status) (unpublished).

The undersigned, as a United States Magistrate Judge, lacks the authority to deny a Motion for IFP. As such, this matter must be transferred to a District Judge if such a denial is required.

**IT IS THEREFORE ORDERED** that Plaintiff must either pay the applicable filing fee or show cause in a written document to be filed with the Court no later than **Friday, April 2, 2021,** why this case should not be transferred to a District Judge for his or her consideration of Plaintiff's Motion for IFP. If Plaintiff fails to file any response or pay the filing fee, the matter will be reassigned to a District Judge.

_____
UNITED STATES MAGISTRATE JUDGE